UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY GIBBENS, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 08-167-JVP-DLD |
| THE PURDUE FREDERICK COMPANY, INC., ET AL | |

consolidated with

| | |
|---|---|
| TRUDY MCDANIEL, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 08-340-JVP-DLD |
| THE PURDUE FREDERICK COMPANY, INC., ET AL | |

## ORDER

The scheduling conference presently set for **November 20, 2008** is **CANCELLED**.

**The deadlines established below are based on the parties' submissions and are final deadlines.** No extensions will be granted except under extreme circumstances. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline for amending the complaint or adding new parties, claims, counterclaims, or cross-claims is **January 15, 2009.**

2. Discovery must be completed as follows:

   a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **December 31, 2008.**

   b. <u>Filing</u> all discovery motions and <u>completing</u> all discovery except experts: **January 29, 2010.**

   **NOTE:** Any motions filed regarding written discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the

issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c.    Disclosure of identities and resumés of experts:

        **Plaintiff(s):**    September 30, 2009.

        **Defendant(s):**    November 30, 2009.

    d.    Expert reports must be submitted to opposing parties as follows:

        **Plaintiff(s):**    September 30, 2009.

        **Defendant(s):**    November 30, 2009.

    e.    Discovery from experts must be completed by **January 29, 2010.**

3.    All dispositive motions must be filed on or before **February 26, 2010.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

In the event the parties have not previously notified the court that the matter is ready to be set for a pretrial conference, or the district judge has not already set a pretrial conference, this matter will be reviewed within 15 days of the expiration of the deadline to file dispositive motions (**February 26, 2010**), and assigned for a pre-trial/status conference if necessary.

The parties may contact the court at (225) 389-3602 after discovery has been completed should they wish to schedule a settlement conference or mediation under the court's ADR plan.

Signed in Baton Rouge, Louisiana, on November 20, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**